# SHORT-TERM PROMISSORY NOTE

**$ 200,000**                                                                 **SEPTEMBER 2, 2022**

FOR VALUE RECEIVED, this Short-Term Promissory Note is given as evidence of indebtedness incurred by *SRE Capital, LLC* ("Promissor"), to *Michael Brubaker* ("Note Holder") of the above principal amount together with interest from the date of this Note at the fixed rate of Twenty percent (20 %) on the principal balance.

Promissor shall pay to Note Holder the sum of $240,000.00 as full repayment of the principal and interest owed by September 15, 2022. All payments, installments or prepayments of principal and interest are payable to Note Holder at 1975 Long Hollow Lane, Milton, Georgia 30004, or at such other place as Note Holder may hereafter and from time to time designate in writing.

Borrower shall pay to Note Holder a late charge of 5% of any payment not received by Note Holder within 5 days after the payment is due.

The indebtedness evidenced by this Note is secured by a Deed of Trust dated June 27, 2022, and until released said Deed of Trust contains additional rights of Note Holder. Such rights may cause Acceleration of the indebtedness evidenced by this Note. Reference is made to said Deed of Trust for such additional terms. Said Deed of Trust grants rights in the following legally described property located in the County of Weld, State of Colorado:  BER SRWH L1 SERENITY RIDGE AT WILSON HOMESTEAD PUD
known as No. 3121 Megan Circle, Berthoud, CO 80513

This Note may be prepaid, in whole or in part, without penalty at any time.  At maturity, or upon demand or default or failure to pay any installment of principal and interest required, the entire balance shall be immediately due and payable.  Any remedy of Note Holder upon default of Promissor shall be cumulative and not exclusive and choice of remedy shall be at the sole election of Note Holder.  Promissor waives demand, presentment for payment, protest and notice of protest and nonpayment of this Note and expressly agrees to remain bound for the payment of principal, interest and other sums provided for by the terms of this Note.  No delay or omission on the part of the Note Holder in exercising any rights shall operate as a waiver of such right.

The whole of principal and interest shall become immediately due and payable at the option of the Note Holder, without notice or demand, notice, presentment and demand hereby expressly waived by Promissor, in case of (i) default be made in the payment when due of any initial or annual installment of this Note or any indebtedness of Promissor to Note Holder; (ii) the filing by or against Promissor of any petition in bankruptcy or for any relief under the bankruptcy laws; (iii)  the appointment of a receiver or liquidator, whether voluntary or involuntary, for Promissor; or (iv) any assignment for the benefits of creditors by Promissor.

Should this Note not be paid according to its terms, and suit is filed, or any attorney employed, or expense incurred to compel payment, Promissor agrees to pay all such expenses and a reasonable sum as attorney's fees.  Promissor acknowledges that he has read this Promissory Note and fully understands its obligations and responsibilities hereunder.

...

This Note shall be governed by the laws of the State of Colorado, and each party hereto agrees to venue and jurisdiction in the federal and state courts located in Arapahoe County, Colorado.

IN WITNESS WHEREOF the parties hereto have executed this Promissory Note as of the 2nd day of September, 2022.

SRE CAPITAL, LLC

By: _____
Grant Brunner
Its: _____Manager_____

By: _____
Greg Brunner
Its: _____MEMBER_____